**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action 1:21-cv-00009-CJN |
| v. | ) ) | Hon. Carl J. Nichols |
| MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

Pursuant to this Court's June 23, 2021 Minute Order, the parties submit this joint status report to update the Court on the progress of their settlement negotiations.  Defendants are arranging for the publication of a proposed consent decree in the Federal Register, as required by section 113(g) of the Clean Air Act, 42 U.S.C. §§ 7413(g).  Following completion of this process and if consent to the proposed consent decree is not withdrawn or withheld in light of comments received, as outlined in section 113(g), the parties would then move for entry of the proposed consent decree.

If approved and entered by the Court, the proposed consent decree would resolve Plaintiffs' substantive claims and preserve their claims for reasonable costs.  The parties therefore request that the Court extend the stay, including Defendants' obligation to respond to the Complaint, to **September 1, 2021**.  If the parties do not move for entry of the proposed consent decree by that time, they respectfully request to submit another joint status report on such date.

Dated: July 2, 2021

Respectfully submitted,

*/s/ Sylvia Lam*
Sylvia Lam (D.C. Bar No. 1049147)
Gabriel Clark-Leach
Environmental Integrity Project
1000 Vermont Avenue, NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 888-2701
slam@environmentalintegrity.org

*Counsel for Plaintiffs*


*/s/ Sarah Izfar*
Trial Attorney (DC Bar #1017796)
United States Department of Justice
Environmental Defense Section
P.O. Box 7611 (regular mail)
150 M St., NE (overnight)
Washington, D.C. 20044
sarah.izfar@usdoj.gov
(202) 305-0490

*Counsel for Defendant*

OF COUNSEL:
Charles Starrs
U.S. Environmental Protection Agency
Air and Radiation Law Office
Mail Code 2344A
1200 Pennsylvania Ave. NW
Washington, DC  20460